**Joseph D. ALEXANDER, Petitioner,**

v.

**UNITED STATES POSTAL SERVICE,
Respondent.**

No. 03–3193.

United States Court of Appeals,
Federal Circuit.

March 5, 2004.

Before MAYER, Chief Judge,
CLEVENGER and GAJARSA, Circuit
Judges.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.

**Stephen A. PERRY, Administrator,
General Services Administration,
Appellant,**

v.

**AIRPORT BUILDING ASSOCIATES,
Appellee.**

No. 03–1487.

United States Court of Appeals,
Federal Circuit.

March 5, 2004.

Before RADER, LINN, and DYK,
Circuit Judges.

## JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.